**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CIVIL ACTION NO. 3:16-CV-00125-JHM**

**TOM HARPER, SANDRA KRUMMA,**
**PEGGY SUE LEAKE, SAMUEL ZANE LEAKE,**
**JON SOUDER, CONCO ACQUIREMENT LLC,**
**and DELFASCO LLC** **APPELLANTS**

**V.**

**CONCO ESOP TRUSTEES,**
**OVERSIGHT COMMITTEE,**
**THE ARMY, and CONCO, INC.** **APPELLEES**

# ORDER

This matter is before the Court on Appellants Tom Harper, Sandra Krumma, Peggy Sue Leake, Samuel Zane Leake, and Jon Souder's Emergency Motion to Stay Certain Bankruptcy Court Proceedings Pending a Decision of the Plaintiffs' Appeal of Bankruptcy Court Ruling [DN 26] and Appellants Delfasco LLC and Conco Acquirement LLC's Emergency Motion for Stay of Bankruptcy Proceedings Pending this Appeal of the Underlying Bankruptcy Ruling [DN 27] (collectively, the "Motions to Stay"). The parties having briefed the issues, the Court having reviewed the filings and records herein and finding that the balance of factors warrants a stay, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Motions to Stay are **GRANTED** and that any enforcement or other proceedings (including discovery in support thereof) related to the Bankruptcy Court's February 18, 2016 Memorandum-Opinion and Order [Bankr. DN 552], No. 12-24933-jal, are **STAYED** pending resolution of the appeal of that Order.

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**
May 12, 2016

cc: Counsel of Record
Bankruptcy Court Clerk