**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CIVIL ACTION NO. 3:16-CV-00125-JHM**

**TOM HARPER, SANDRA KRUMMA, PEGGY SUE LEAKE, SAMUEL ZANE LEAKE, JON SOUDER, CONCO ACQUIREMENT LLC, and DELFASCO LLC** **APPELLANTS**

**V.**

**CONCO ESOP TRUSTEES, OVERSIGHT COMMITTEE, THE ARMY, and CONCO, INC.** **APPELLEES**

# ORDER

This matter is before the Court on emergency motions by Appellants Tom Harper, Sandra Krumma, Peggy Sue Leake, Samuel Zane Leake, and Jon Souder [DN 46] and by Appellants Delfasco LLC and Conco Acquirement LLC [DN 47] to extend the Court's stay of bankruptcy proceedings pending final adjudication of their appeal to the United States Court of Appeals for the Sixth Circuit (collectively, "the Motions to Extend the Stay"). The parties having briefed the issues, the Court having reviewed the filings and records herein and finding that the balance of factors warrants a stay, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Motions to Extend the Stay are **GRANTED** and that any enforcement or other proceedings (including discovery in support thereof) related to the Bankruptcy Court's February 18, 2016 Memorandum-Opinion and Order [Bankr. DN 552], No. 12-24933-jal (Bankr. W.D. Ky.), are **STAYED** pending resolution of the appeal of that Order.

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**
August 3, 2016

cc: Counsel of Record
U.S. Bankruptcy Court Clerk